**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



|  |  |
|---|---|
| JOSE ALFREDO LOZANO VAZQUEZ; OLIVIA REYES ACOLTZI, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 11-71042 <br><br> Agency Nos. A075-687-473 <br> A075-687-474 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 15, 2013[**]

Before:     SILVERMAN, BEA, and NGUYEN, Circuit Judges.

Jose Alfredo Lozano Vazquez and his wife, Olivia Reyes Acoltzi, natives

and citizens of Mexico, petition for review of the Board of Immigration Appeals'

("BIA") order denying their motion to reopen based on ineffective assistance of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen and review de novo questions of law. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005).  We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen where they failed to show that they were prejudiced by their former counsel's conduct.  *See id*. at 793-94 ("[P]rejudice results when the performance of counsel was so inadequate that it *may* have affected the outcome of the proceedings." (emphasis in original) (internal quotation marks omitted)).

Petitioners' remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**